IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAY ARTHUR KELLY,

      Plaintiff,
v.                                                   CASE NO. 4:13-CV-40-MW/GRJ

FLORIDA PAROLE COMMISSION,
et al.,

      Defendants.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed April 2, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 9, filed April 17, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed as a pauper, ECF No. 6, is **GRANTED for the limited purpose of screening**; the Plaintiff's motion to amend, ECF No. 7, is **DENIED**; and this case

is **DISMISSED** pursuant to 28 U.S.C. § 1915(a) for Plaintiff's failure to state a claim upon which relief may be granted." The Clerk shall close the file.

SO ORDERED on April 18, 2013.

s/Mark E. Walker  
United States District Judge